UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

ENTERED
APR - 1 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

IN RE:

SEIZURE WARRANT                MAGISTRATE NO.  2:10-mj-00036

O R D E R

Upon consideration of the United States Motion to Seal/File Redacted Documents, it is hereby

**ORDERED** that the "Complete Patient Seizure List," and the Affidavit in Support of the Application for a Search and Seizure Warrant be sealed, and that redacted versions of these documents be filed.

Entered: April 1, 2010

_____
HONORABLE MARY E. STANLEY
United States Magistrate Judge