# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched* )<br>*or identify the person by name and address)* )<br> )<br>The locked bedroom of Dr. Diane Shafer located at )<br>110 West Second Avenue, Williamson, WV )<br> ) | Case No.  2:10-mj-00036 |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Southern____ District of ____West Virginia____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B - Items to be seized

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before    March 9 2010
                                                                                                      *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
          Mary E. Stanley                            .
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30)*.
                                                                                             ☐until, the facts justifying, the later specific date of _____.

Date and time issued:  March 2, 2010 6:17 pm           *Mary E. Stanley*
                                                                                                    *(Judge's signature)*

City and state:   Charleston, WV                                  Mary E. Stanley, United States Magistrate Judge
                                                                                                 *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 2:10-mj-00036 | Date and time warrant executed: 3-2-10  1900 HRS | Copy of warrant and inventory left with: |

Inventory made in the presence of: S/A JIM LAFFERTY   SGT TC BLEDSOE  WVSP

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED



FILED
APR - 1 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3-8-10

Executing officer's signature

SGT MICHAEL T. SMITH   WVSP
Printed name and title

DEPARTMENT OF HEALTH AND HUMAN SERVICES
OFFICE OF INSPECTOR GENERAL
OFFICE OF INVESTIGATIONS

## PROPERTY RECEIPT

Date: 3/8/2010

Office:

(circle where appropriate)

**RECEIVE FROM**

**RECEIVED BY**

Name: Diana Shafer

Title:

Street Address – City – State – Zip Code: 110 2nd Ave, Williamson, West Virginia

Telephone Number (include area code):

Description of Items Received:

1) Various Financial Documents.
2) $90,830 U.S. currency       $90,830    3/8/10  VTS

Received From (Signature):

Received By (Signature): [signature] II, FBI SA

Form OI-47 (05-07)